**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | **8:16CR163** |
| vs. | ) | **ORDER** |
| **JOSE LUIS SANDOVAL and MARTHA TAPIA,** | ) | |
| Defendants. | ) | |

This matter is before the court on the motions for an extension of time by defendant Jose Luis Sandoval (Sandoval) (Filing No. 30) and defendant Martha Tapia (Tapia) (Filing No. 31). Sandoval seeks a sixty (60) day extension in which to file pretrial motions in accordance with the progression order (Filing No. 14). Tapia seeks a fourteen (14) day extension in which to file pretrial motions in accordance with the progression order. Sandoval has filed a declaration wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Sandoval's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motions will be granted and the pretrial motion deadline will be extended for both defendants for sixty (60) days.

**IT IS ORDERED:**

Defendant Sandoval's motion (Filing No. 30) and defendant Tapia's motion (Filing No. 31) for an extension of time are granted. Sandoval and Tapia are given until **on or before August 15, 2016,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 14, 2016, and August 15, 2016**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of June, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge