IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) | **8:16CR163** |
| vs. | ) ) ) | **ORDER** |
| **JOSE LUIS SANDOVAL and MARTHA TAPIA,** | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on the motion for an extension of time by defendant Jose Luis Sandoval (Sandoval) (Filing No. 55). Sandoval seeks an extension of sixty days in which to file pretrial motions in accordance with the progression order. Sandoval's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted and the pretrial motion deadline **will be extended as to both defendants.**

**IT IS ORDERED:**

Defendant Sandoval's motion for an extension of time (Filing No. 55) is granted. **Sandoval and Tapia** are given until **on or before December 14, 2016,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 14, 2016, and December 14, 2016**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of October, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge